UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

David T. Veale and
Scott W. Veale,
    Plaintiffs

v.                                    Case No. _____

Robert T. Furness, DVM, et al.,
    Defendants

**O R D E R**

Plaintiffs are restricted filers and must obtain leave of court before filing any new complaint.  See Order dated September 1, 1999, Civil No. 02-020-M.

Having reviewed the proposed complaint, it is apparent that the subject matter differs from, and is unrelated to, the previous litigation that led to the order restricting plaintiffs' filings.  Accordingly, plaintiffs' complaint will be docketed.

That is not to say, however, that the complaint properly invokes federal jurisdiction (complete diversity seems absent and the federal claim is doubtful) or is of any merit; merely that the complaint does not involve any issues previously litigated. (In 2006, a similar complaint was filed by David Veale against two of the defendants named here, but involved a different pet — civil docket no. 06-cv-419).

The complaint will be reviewed in the normal course before service is allowed.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

April 19, 2010

cc: David T. Veale, pro se
    Scott W. Veale, pro se