UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>David T. Veale, et al</u>

        v.                          Civil Action No. 10-cv-147-JL

<u>Robert T. Furness, et al</u>


<u>O R D E R</u>

      The plaintiffs have on three occasions obtained leave of court to extend the deadline to pay the civil filing fee in this matter and ultimately paid the filing fee within the time allowed under the last extension.  As a result, the court finds good cause to extend the 120 days to effectuate service under Fed. R. Civ. P. 4(m).  Thus, the clerk's office shall issue summonses for service, which must be served within 120 days of this order.

      SO ORDERED.

November 24 , 2010                              /s/ Joseph N. Laplante
                                                      Joseph N. Laplante
                                                      United States District Judge

cc:    David T. Veale, pro se
        Scott W. Veale, pro se