UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Veale, et al.

    v.                    Civil No. 10-cv-147-JL

Robert T. Furness, et al.

**O R D E R**

The plaintiffs' motion for appointment of counsel (document no. 77) is denied in part and granted in part. Plaintiffs' motion for the appointment of counsel is denied. The defendants' objections accurately set forth the law, and the motion is denied on the grounds stated therein. Plaintiffs' request for an extension on the deadline to file responsive pleadings is granted in part. On or before **October 3**, the plaintiffs shall file responses to any pending motions. No further extensions will be granted without good cause which must be established with specific particularity. The court does not anticipate granting further extensions.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: September 12, 2011

```
cc:   David T. Veale, pro se
      Scott W. Veale, pro se
      James D. Gleason, Esq.
      Alan D. Rose, Esq.
      Lisa A. Tenerowicz, Esq.
      Jay M. Niederman, Esq.
      Michael Magerer, Esq.
      Molly J. Brown, Esq.
      Michael P. Johnson, Esq.
      Russell F. Hilliard, Esq.
      Richard S. Loftus, Esq.
      Mark A. Darling, Esq.
      John L. Kerr, Esq.
      Wilfred J. Desmarais, Jr., Esq.
      Mark E. Howard, Esq.
      Ralph Suozzo, Esq.
      Jonathan M. Shirley, Esq.
```